**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| RYAN DREXLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 23-00760-CV-W-RK-P |
| | ) | |
| DENT COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff, who is currently confined at the Dent County Jail in Salem, Missouri, has filed pro se this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff brings suit against Dent County Jail and Dent County Jailer Devon Leach and alleges Defendant Leach sexually harassed Plaintiff. Doc. 1 at 4.

Pursuant to the federal venue statute, 28 U.S.C. § 1391(b), venue for this case is proper only in the district where any defendant resides, if all defendants reside in the same state, in a district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or in a district in which any defendant may be found, if there is no district in which the action may otherwise be brought. Because the events giving rise to Plaintiff's claim occurred in Salem, Missouri, located in Dent County, which is in the Eastern District of Missouri, *see* 28 U.S.C. § 105(a)(1), the convenience of the parties and witnesses and the interest of justice indicate that venue is more appropriate in the Eastern District of Missouri. *See* 28 U.S.C. § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.").

Accordingly, it is **ORDERED** that this case is transferred to the United States District Court for the Eastern District of Missouri for all further proceedings.

**IT IS SO ORDERED.**

/s/ Roseann Ketchmark
ROSEANN KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

Dated: October 24, 2023.