CLOSED,KRS,PPROSE

# U.S. District Court
# Western District of Missouri (Kansas City)
# CIVIL DOCKET FOR CASE #: 4:23−cv−00760−RK

Drexler v. Dent County Jail et al
Assigned to: District Judge Roseann Ketchmark
Referred to: Prisoner Pro Se
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 10/10/2023
Date Terminated: 11/01/2023
Jury Demand: Plaintiff
Nature of Suit: 555 Habeas Corpus (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

**Ryan Drexler** represented by **Ryan Drexler**
1312664
Dent County Jail
112 E 5th St
Salem, MO 65560
Email:
PRO SE

V.

**Defendant**

**Dent County Jail**

**Defendant**

**Devon Leach**
*Jailer, Dent County Jail*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 10/10/2023 | Ï 1 | COMPLAINT filed by Ryan Drexler. (Willis, Kathy) (Entered: 10/24/2023) |
| 10/10/2023 | Ï 2 | IFP FINANCIAL AFFIDAVIT filed by Ryan Drexler. (Willis, Kathy) (Entered: 10/24/2023) |
| 10/24/2023 | Ï 3 | ORDERED that this case is transferred to the United States District Court forthe Eastern District of Missouri for all further proceedings. Signed on 10/24/2023 by District Judge Roseann Ketchmark. (Willis, Kathy) (Entered: 10/24/2023) |
| 11/01/2023 | Ï | Case electronically transferred to District of Eastern District of Missouri. This is a TEXT ONLY ENTRY. No document is attached. (Willis, Kathy) (Entered: 11/01/2023) |