# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RYAN DREXLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-CV-01390-RHH |
| DENT COUNTY JAIL, et al., | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file. On December 21, 2023, a letter that the Court had addressed to plaintiff at the Dent County Jail was returned to the Court marked "return to sender," "attempted – not known," and "unable to forward." *See* ECF No. 8. Local Rule 2.06(B) states:

> Every self-represented party shall promptly notify the Clerk and all other parties to the proceedings of any change in his or her address and telephone number.  If any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice.

Plaintiff has not notified the Clerk of Court of any change of address. The Court will therefore dismiss this action without prejudice pursuant to Local Rule 2.06(B). Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** pursuant to Local Rule 2.06(B) for failure to notify the Court of plaintiff's change of address.

An Order of Dismissal will accompany this Memorandum and Order.

*/s/ Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 21st day of February, 2024.