**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RYAN DREXLER,<br><br>Plaintiff,<br><br>v.<br><br>DENT COUNTY JAIL and<br>DEVON LEACH,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:23-CV-01390-RHH |

**<u>ORDER OF DISMISSAL</u>**

In accordance with the Memorandum and Order issued on this date and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice**.

**IT IS HEREBY CERTIFIED** that an appeal from this action would not be taken in good faith.

Ronnie L. White

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this <u>21st</u> day of February, 2024.