*OFFICE OF THE CLERK*
***UNITED STATES DISTRICT COURT***
*Eastern District of Missouri*
*111 S. Tenth Street*
*St. Louis, Missouri 63102*

OFFICIAL BUSINESS

quadient
FIRST-CLASS MAIL
IMI
$000.88
02/21/2024 ZIP 63102
043M31226064
US POSTAGE

**Special Mail**
**USDC - Eastern Missouri**

UTF

RECEIVED
MAR 07 2024
BY MAIL

NTXTF 641 FE 1 0003/04/24

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 63102112599 *0716-01218-21-38

ANK
63102>1125
6556031407 C001

**Refused by Agency**

- o Graffiti
- o Powder/Scent
- o Intra Facility Mail
- X No Longer Here
- o Stickers/Labels

Case: 4:23-cv-1390 Document: 9, 10

Ryan Drexler 1312664
Dent County Jail
112 E 5th St
Salem, MO 65560

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RYAN DREXLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23-CV-01390-RHH |
| | ) | |
| DENT COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of the file. On December 21, 2023, a letter that the Court had addressed to plaintiff at the Dent County Jail was returned to the Court marked "return to sender," "attempted – not known," and "unable to forward." *See* ECF No. 8. Local Rule 2.06(B) states:

> Every self-represented party shall promptly notify the Clerk and all other parties to the proceedings of any change in his or her address and telephone number. If any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice.

Plaintiff has not notified the Clerk of Court of any change of address. The Court will therefore dismiss this action without prejudice pursuant to Local Rule 2.06(B). Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** pursuant to Local Rule 2.06(B) for failure to notify the Court of plaintiff's change of address.

An Order of Dismissal will accompany this Memorandum and Order.

Ronnie L. White

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 21st day of February, 2024.

MIME-Version:1.0
From:Moed_AutoSend@moed.uscourts.gov
To:MOED_ECF_Notification@moed.uscourts.gov
--Case Participants: Magistrate Judge Rodney H. Holmes (elizabeth_snidman@moed.uscourts.gov, juliane_rodriguez@moed.uscourts.gov, moed_rhh_notifications@moed.uscourts.gov, rodney_holmes@moed.uscourts.gov, roxane_ellis@moed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<10742695@moed.uscourts.gov>
Subject:Activity in Case 4:23-cv-01390-RHH Drexler v. Dent County Jail et al
Content-Type: text/plain
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

U.S. District Court
Eastern District of Missouri

Notice of Electronic Filing
The following transaction was entered on 2/21/2024 2:53 PM CST and filed on 2/21/2024
Case Name: Drexler v. Dent County Jail et al
Case Number: 4:23-cv-01390-RHH https://ecf.moed.uscourts.gov/cgi-bin/DktRpt.pl?207126

Filer:

Document Number: 9
Copy the URL address from the line below into the location bar of your Web browser to view the document:
https://ecf.moed.uscourts.gov/doc1/107111370467?caseid=207126&de_seq_num=44&magic_num=MAGIC

Docket Text:
MEMORANDUM AND ORDER: IT IS HEREBY ORDERED that this action is DISMISSED without prejudice pursuant to Local Rule 2.06(B) for failure to notify the Court of plaintiffs change of address. An Order of Dismissal will accompany this Memorandum and Order. Signed by District Judge Ronnie L. White on 2/21/2024. (TMT)

4:23-cv-01390-RHH Notice has been electronically mailed to:

4:23-cv-01390-RHH Notice has been delivered by other means to:
Ryan Drexler
1312664
Dent County Jail
112 E 5th St
Salem, MO 65560

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1037221849 [Date=2/21/2024] [FileNumber=10742694-0] [7a24c9e46b5304df30b0b9f7ab16739eb3f1be80a0a1b608e0fcc14ca3b21d6ef20421b63c2b4b51d79035636459db2ca0cfdadfa26c7681d43ce466e24b6449]]

MIME-Version:1.0
From:Moed_AutoSend@moed.uscourts.gov
To:MOED_ECF_Notification@moed.uscourts.gov
--Case Participants: Magistrate Judge Rodney H. Holmes (elizabeth_snidman@moed.uscourts.gov, juliane_rodriguez@moed.uscourts.gov, moed_rhh_notifications@moed.uscourts.gov, rodney_holmes@moed.uscourts.gov, roxane_ellis@moed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<10742710@moed.uscourts.gov>
Subject:Activity in Case 4:23-cv-01390-RHH Drexler v. Dent County Jail et al Order of Dismissal (case - Stipulation of Dismissal)
Content-Type: text/plain

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Eastern District of Missouri

Notice of Electronic Filing
The following transaction was entered on 2/21/2024 2:55 PM CST and filed on 2/21/2024

Case Name: Drexler v. Dent County Jail et al
Case Number: 4:23-cv-01390-RHH https://ecf.moed.uscourts.gov/cgi-bin/DktRpt.pl?207126

Filer:

WARNING: CASE CLOSED on 02/21/2024

Document Number: 10

Copy the URL address from the line below into the location bar of your Web browser to view the document:
https://ecf.moed.uscourts.gov/doc1/107111370482?caseid=207126&de_seq_num=46&magic_num=MAGIC

Docket Text:
ORDER OF DISMISSAL: IT IS HEREBY ORDERED that this action is DISMISSED without prejudice. IT IS HEREBY CERTIFIED that an appeal from this action would not be taken in good faith. Signed by District Judge Ronnie L. White on 2/21/2024. (TMT)

4:23-cv-01390-RHH Notice has been electronically mailed to:

4:23-cv-01390-RHH Notice has been delivered by other means to:
Ryan Drexler
1312664
Dent County Jail
112 E 5th St
Salem, MO 65560

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:

[STAMP dcecfStamp_ID=1037221849 [Date=2/21/2024] [FileNumber=10742709-0]
[4ea758cc6aec4f2a6590472782abaa2c9e0ac2e3093e867d4e50e279ac54ff4e9eaefecc47ed66b
355e46b4d6b32e33f095fa5423f7c1af869ed8225c2f9cce3]]